No. 302.   HENSLEY *v.* CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RY. CO.   October 8, 1934.   Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Mr. Nelson C. Pratt* for petitioner. *Messrs. Wymer Dressler, Robert D. Neely, Samuel H. Cady,* and *William T. Faricy* for respondent.

No. 304.   ANNUNZIATO *v.* UNITED STATES.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. C. C. Cousins* for petitioner.   *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Mr. M. S. Huberman* for the United States.

No. 305.   OTIS ELEVATOR CO. *v.* PACIFIC FINANCE CORP. ET AL.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Messrs. Edwin W. Sims, Wallace R. Lane, Franklin J. Stransky,* and *Benton Baker* for petitioner. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for respondents.

No. 306.   KULESZA ET AL. *v.* BLAIR ET AL., RECEIVERS. October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Jacob G. Grossberg* for petitioners.   *Messrs. James M. Sheean* and *Weymouth Kirkland* for respondents.

No. 307.   FIDELITY MUTUAL LIFE INSURANCE CO. *v.* MERCHANTS & MECHANICS BANK ET AL.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court